IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN MICHAEL WILSON,

Plaintiff,

vs.

JEFFREY DAMME, TSCI Doctor, in their individual and official capacities; MEGAN BRANDT, TSCI Physicians Assistant, in their individual and official capacities; SARAH ALLEN, TSCI Nurse Director, in their individual and official capacities; and JERRY LOVELACE, NDCS Medical Director, in their individual and official capacities;

Defendants.

**4:26CV3220**

**ORDER**

This matter is before the Court on Plaintiff's letter, Filing No. 8, dated October 5, 2026, and filed on October 13, 2026, which the Court construes as Plaintiff's response to the Court's October 2, 2026, order directing Plaintiff to show cause for his apparent failure to pay his initial partial filing fee, Filing No. 7. In his response, Plaintiff states he requested his institution to send a check to the Clerk's office to pay his initial partial filing fee in early August and his institutional account statement shows that the initial partial filing fee was deducted from his account on August 7, 2026. Filing No. 8. Plaintiff is correct that he paid his initial partial filing fee, and the Court received his payment on August 13, 2026, but, due to clerical error, the payment receipt initially was not entered into the Court's docket. After receiving Plaintiff's letter, the Clerk of Court corrected the docket sheet to reflect that Plaintiff's initial partial filing fee payment was received on August 13, 2026. Accordingly, because Plaintiff has paid his initial partial filing fee,

IT IS ORDERED that:

1. Plaintiff has shown cause why this case should not be dismissed. The Clerk of Court is directed to terminate the pro se case management deadline of November 2, 2026.

2. Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 14th day of October, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge